DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEICO GENERAL INSURANCE COMPANY,**
Appellant,

v.

**TOTAL ORTHOPAEDIC CARE, P.A.,** a/a/o **CRYSTAL ALEMAN,**
Appellee.

No. 4D21-97

[July 7, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McCarthy, Judge; L.T. Case Nos. COCE 16-19420 and CACE 19-2544.

Michael A. Rosenberg, Peter D. Weinstein, Thomas L. Hunker and Adrianna de la Cruz-Munoz of Cole, Scott & Kissane, P.A., Plantation, for appellant.

David Brian Pakula of David B. Pakula, P.A., Pembroke Pines, and Amir Fleischer of Marks & Fleischer, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Geico Indem. Co. v. Muransky Chiropractic, P.A.*, 46 Fla. L. Weekly D1513a, 2021 WL 2584107 (Fla. 4th DCA June 24, 2021).

CONNER, C.J., CIKLIN and GERBER, JJ., concur.

*        *        *

*Not final until disposition of timely filed motion for rehearing.*